# United States Bankruptcy Court
## Northern District of California

In re    __Thompson Brooks, Inc.__        Case No.   __18-30864__

Debtor(s)      Chapter   __7__

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Summary of Assets and Liabilities for Non-Individuals, Schedule E/F, Schedule G, Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:    __October 15, 2018__        __/s/ Reno F.R. Fernandez III__
                                              **Reno F.R. Fernandez III 251934**
                                            Attorney for Debtor(s)
                                            **Macdonald Fernandez LLP**
                                            **221 Sansome Street, 3rd Floor**
                                            **San Francisco, CA 94104**
                                            **(415) 362-0449 Fax:(415) 394-5544**

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals 12/15

Part 1: **Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................. $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................. $ _____0.00_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................ $ _____0.00_

Part 2: **Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ _____0.00_

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. $ ____569,005.31_

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ ___4,839,055.38_

4. **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b | $ ___5,408,060.69_

Fill in this information to identify the case:

Debtor name **Thompson Brooks, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **18-30864**

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $3,661.83 | $3,661.83 |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | **Angel Barrera**<br>**24877 Kay Avenue**<br>**Hayward, CA 94545** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Net Outstanding PTO - 128.53 Hours ($3,661.83)** |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,997.44 | $3,997.44 |
|---|---|---|---|---|
| | **Augustin Gomez**<br>**2164 Trombas Avenue**<br>**San Leandro, CA 94577** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Net Outstanding PTO - 134.10 Hours ($3,997.44)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     32168     Best Case Bankruptcy

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,434.59** | **$2,434.59** |
|---|---|---|---|---|

**Cecille Velez**
**689 Florence Street**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**June 15, 2018**

Basis for the claim:
**Net Outstanding PTO - 92.98 Hours ($2,434.59)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,663.68** | **$3,663.68** |
|---|---|---|---|---|

**Corinne Kerazides**
**390 Bartlett Street, #12**
**San Francisco, CA 94110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**June 15, 2018**

Basis for the claim:
**Net Outstanding PTO - 159.31 Hours ($3,663.68)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,654.85** | **$1,654.85** |
|---|---|---|---|---|

**Daniel Heck**
**1007 Maywood Drive**
**Belmont, CA 94002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**June 15, 2018**

Basis for the claim:
**Net Outstanding PTO - 47.25 Hours ($1,654.85)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,312.62** | **$7,312.62** |
|---|---|---|---|---|

**Demos Pantelides**
**303 Castro Street**
**San Francisco, CA 94114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**June 2018**

Basis for the claim:
**Unpaid wages ($4,745.90); Net Outstanding PTO - 80.43 Hours ($2,566.72)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case: 18-30864    Doc# 37    Filed: 10/15/18    Entered: 10/15/18 16:59:46    Page 4 of 44

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Employment Development Department**
**Bankruptcy Special Procedures Unit**
**P.O. Box 826880 MIC 92E**
**Sacramento, CA 94280-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$121.83** | **$121.83** |
|---|---|---|---|---|

**Fidel Lizama**
**1171 Alameda de las Pulgas**
**San Carlos, CA 94070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**June 15, 2018**

Basis for the claim:
**Net Outstanding PTO - 3.81 Hours ($121.83)**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$488.56** | **$488.56** |
|---|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Section, MS A-340**
**Post Office Box 2952**
**Sacramento, CA 95812**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/17/2018**

Basis for the claim:
**Ramon Garnishment**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$943.48** | **$943.48** |
|---|---|---|---|---|

**Francisco Gomez**
**2106 109th Avenue**
**Oakland, CA 94603**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**June 15, 2018**

Basis for the claim:
**Net Outstanding PTO - 26.25 Hours ($943.48)**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Case: 18-30864    Doc# 37    Filed: 10/15/18    Entered: 10/15/18 16:59:46    Page 5 of 44

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.11**

Priority creditor's name and mailing address

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:
**For Notice Purpose Only.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12**

Priority creditor's name and mailing address

**Jaciel Gonzalez**
**4443 Penniman Avenue**
**Oakland, CA 94619**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$553.38**   **$553.38**

Date or dates debt was incurred
**June 15, 2018**

Basis for the claim:
**Net Outstanding PTO - 27.17 Hours ($553.38)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13**

Priority creditor's name and mailing address

**Joshua Cruz**
**700 Circle Court**
**South San Francisco, CA 94080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$36.54**   **$36.54**

Date or dates debt was incurred
**June 15, 2018**

Basis for the claim:
**Net Outstanding PTO - 2.0 Hours ($36.54)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.14**

Priority creditor's name and mailing address

**Judith Thompson**
**350 Bay Street, Suite 100**
**P.O. Box 172**
**San Francisco, CA 94133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$500,000.00**   **$12,850.00**

Date or dates debt was incurred
**2015-2018**

Basis for the claim:
**Deferred Salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case: 18-30864   Doc# 37   Filed: 10/15/18   Entered: 10/15/18 16:59:46   Page 6 of 44

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,144.32** | **$5,144.32** |
|---|---|---|---|---|
| | **Margarito Cruz** | ☐ Contingent | | |
| | **700 Circle Court** | ☐ Unliquidated | | |
| | **South San Francisco, CA 94080** | ☐ Disputed | | |
| | Date or dates debt was incurred **June 15, 2018** | Basis for the claim: **Net Outstanding PTO - 194.54 Hours ($5,144.32)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20.50** | **$20.50** |
|---|---|---|---|---|
| | **Marin County Tax Collector** | ☐ Contingent | | |
| | **P. O. Box 4220** | ☐ Unliquidated | | |
| | **San Rafael, CA 94913** | ☐ Disputed | | |
| | Date or dates debt was incurred **8/2018** | Basis for the claim: **Delinquent Business License and Penalties** | | |
| | Last 4 digits of account number **0989** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,866.46** | **$1,866.46** |
|---|---|---|---|---|
| | **Mark Millitello** | ☐ Contingent | | |
| | **1 Henry Adams Street, Apt. N 613** | ☐ Unliquidated | | |
| | **San Francisco, CA 94103** | ☐ Disputed | | |
| | Date or dates debt was incurred **June 15, 2018** | Basis for the claim: **Net Outstanding PTO - 45.69 Hours ($1,866.46)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,903.30** | **$2,903.30** |
|---|---|---|---|---|
| | **Matthew Becker** | ☐ Contingent | | |
| | **140 King Street** | ☐ Unliquidated | | |
| | **Redwood City, CA 94062** | ☐ Disputed | | |
| | Date or dates debt was incurred **June 15, 2018** | Basis for the claim: **Net Outstanding PTO - 102.00 Hours ($2,903.30)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

Case: 18-30864    Doc# 37    Filed: 10/15/18    Entered: 10/15/18 16:59:46    Page 7 of 44

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,166.16 | $5,166.16 |
|---|---|---|---|---|

**Mayolo Cruz**
**7 Orange Avenue**
**South San Francisco, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**June 15, 2018**

Basis for the claim:
**Net Outstanding PTO - 189.81 Hours ($5,166.16)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,957.58 | $1,957.58 |
|---|---|---|---|---|

**Nicole Vetzmadian**
**3877 Howe Street, #308**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**June 15, 2018**

Basis for the claim:
**Net Outstanding PTO - 80 Hours ($1,957.58)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,421.15 | $11,421.15 |
|---|---|---|---|---|

**Patrick Davis**
**558 Acacia Avenue**
**San Bruno, CA 94066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**June 15, 2018**

Basis for the claim:
**Net Outstanding PTO - 237.19 Hours ($11,421.15)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,657.04 | $15,657.04 |
|---|---|---|---|---|

**Steven Smith**
**12 Driftwood Avenue**
**Novato, CA 94945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**June 15, 2018**

Basis for the claim:
**Net Outstanding PTO - 473.43 Hours ($15,657.04)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Case: 18-30864    Doc# 37    Filed: 10/15/18    Entered: 10/15/18 16:59:46    Page 8 of 44

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,658.50 |
|---|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address

**Added Dimensions Inc.**
**981 Folsom Street**
**San Francisco, CA 94107**

Date(s) debt was incurred  **6/13/2018**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Drywall - Meilahti, LLC**

Is the claim subject to offset?  ☒ No  ☐ Yes

**$26,658.50**

---

**3.2**

Nonpriority creditor's name and mailing address

**AIS Inc.**
**539 Midway Road**
**Tracy, CA 95391**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purpose Only.**

Is the claim subject to offset?  ☒ No  ☐ Yes

**Unknown**

---

**3.3**

Nonpriority creditor's name and mailing address

**Allen Drywall & Associates**
**380 Lang Road**
**Burlingame, CA 94010**

Date(s) debt was incurred  **6/29/2018; 6/12/2018**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials/Services - Goldstein Residence (5,097.60); Materials/Services - Buckingham Way Project (5,925.00)**

Is the claim subject to offset?  ☒ No  ☐ Yes

**$11,022.60**

---

**3.4**

Nonpriority creditor's name and mailing address

**Amber Flooring**
**5652 San Pablo Avenue**
**Emeryville, CA 94608**

Date(s) debt was incurred  **5/25/2018**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials/Services - Goldstein Residence**

Is the claim subject to offset?  ☒ No  ☐ Yes

**$5,000.00**

---

**3.5**

Nonpriority creditor's name and mailing address

**American Business Management**
**OBA: The Energy House**
**1300 Industrial Road, #17**
**San Carlos, CA 94070**

Date(s) debt was incurred  **2/19/2018**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services - Finney Residence**

Is the claim subject to offset?  ☒ No  ☐ Yes

**$35,251.82**

---

**3.6**

Nonpriority creditor's name and mailing address

**Anderson & Poole**
**601 California Street, #1300**
**San Francisco, CA 94108-2818**

Date(s) debt was incurred  **6/30/2018**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset?  ☒ No  ☐ Yes

**$177,413.72**

---

**3.7**

Nonpriority creditor's name and mailing address

**Anthem Blue Cross**
**P.O. Box 51011**
**Los Angeles, CA 90051-5311**

Date(s) debt was incurred  **7/1/2018**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Premium**

Is the claim subject to offset?  ☒ No  ☐ Yes

**$5,526.93**

Case: 18-30864    Doc# 37    Filed: 10/15/18    Entered: 10/15/18 16:59:46    Page 9 of 44

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|-----|-----|-----|-----|

**Associated Trucking Inc.**
1065 San Mateo Ave.
San Bruno, CA 94066

Date(s) debt was incurred **6/16/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services - Meilahti, LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,306.16 |
|-----|-----|-----|-----|

**Banton Scaffold Inc.**
484 Lakepark Avenue, #671
Oakland, CA 94610

Date(s) debt was incurred **10/24/2017; 6/21/2018; 5/22/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Scaffolding - Denham Court (1,312.83); Scaffolding - Goldstein Residence (143.33); Scaffolding - Bolton Leak (850.00)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $324,455.30 |
|-----|-----|-----|-----|

**Barcewski Inc.**
DBA Sunshine Construction
4340 Redwood Hwy, Suite B50
San Rafael, CA 94903

Date(s) debt was incurred **5/19/2018; 5/25/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Materials/Services - Alvarado (278,828.00); Materials/Services - Finney Residence (45,627.30)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,587.50 |
|-----|-----|-----|-----|

**Bay Area Deconstruction Inc.**
DBA Thor Demolition
2240 Revere Avenue
San Francisco, CA 94124

Date(s) debt was incurred **4/4/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services - Buckingham Way Project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $318.60 |
|-----|-----|-----|-----|

**Bay Area High Reach**
22390 Thunderbird Place
Hayward, CA 94545

Date(s) debt was incurred **5/10/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Scaffolding - Buckingham Way Project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,979.50 |
|-----|-----|-----|-----|

**Berkeley Roof Servicing Inc.**
763 46th Avenue
Oakland, CA 94601

Date(s) debt was incurred **12/19/2017; 11/17/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Roofing Services - Denham Court (7,884.50); Services - Jackson Remodel (8,095.00)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $574.94 |
|-----|-----|-----|-----|

**Beronio Lumber Inc.**
Department 44142
P.O. Box 44000
San Francisco, CA 94144-4142

Date(s) debt was incurred **7/7/2018; 5/31/2018; 6/15/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Materials - Meilahti, LLC (229.88); Materials - Finney Residence (218.04); Materials - Buckingham Way Project (127.02)**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-30864 Doc# 37 Filed: 10/15/18 Entered: 10/15/18 16:59:46 Page 10 of 44

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,286.20 |
|---|---|---|---|

**Bluewater Environmental Inc.**
2075 Williams Street
San Leandro, CA 94577

Date(s) debt was incurred  10/18/2017; 5/30/2018; 3/14/2018

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Removal of Exterior Wall - Denham Court (400); Services - Finney Residence (15,601.20); Services - Goldstein Residence (285.00)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,600.00 |
|---|---|---|---|

**California Shower Door Corp.**
1795 Yosemite Avenue
San Francisco, CA 94124

Date(s) debt was incurred  7/15/2018

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Materials - Goldstein Residence

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,992.65 |
|---|---|---|---|

**Carrera Millwork, Inc.**
Attn: Latisha and Steve
1745 Grant Street, #2
Santa Clara, CA 95050

Date(s) debt was incurred  5/24/2018

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Materials/Services - Buckingham Way Project

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.70 |
|---|---|---|---|

**Center Hardware and Supply Company**
3003 3rd Street
San Francisco, CA 94107

Date(s) debt was incurred  6/9/2018; 6/22/2018; 7/3/2018

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Materials - Jackson Remodel (14.05); Materials - Finney Residence (526.16); Materials - Goldstein Residence (10.49)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,033.61 |
|---|---|---|---|

**Chris Tomasi Design Inc.**
36 Belvedere Street, #7
San Rafael, CA 94901

Date(s) debt was incurred  6/30/2018; 6/29/2018; 12/3/2017; 5/13/2018

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Materials Misc. (250.00); Materials - Meilahti, LLC (15,219); Materials - Jackson Remodel (5,160.61); Materials - Buckingham Way Project (26,404.00)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,220.00 |
|---|---|---|---|

**City Front Plumbing Inc.**
50 Tiburon Street, Suite 25
San Rafael, CA 94901

Date(s) debt was incurred  1/9/2018; 1/9/2018; 12/3/2017

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Ground Work - Denham Court (10,442.70); Materials/Services - Denham Court (Landscape) (1,801.32); Materials - Jackson Remodel (8,975.98)

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-30864   Doc# 37   Filed: 10/15/18   Entered: 10/15/18 16:59:46   Page 11 of 44

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|------|------|------|

**City Lights**
**1585 Folsom Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **For Notice Purpose Only.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$960.00** |
|------|------|------|------|

**Clean Living**
**DBA Construction Cleaning Inc.**
**P.O. Box 2891**
**San Rafael, CA 94912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/28/2017**

Last 4 digits of account number ___

Basis for the claim:  **Cleaning Services - Denham Court**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$79,171.35** |
|------|------|------|------|

**Collier Inc.**
**90 Dorman Avenue**
**San Francisco, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/28/2017; 7/18/2017;**
**6/22/2018**

Last 4 digits of account number ___

Basis for the claim:  **Materials - Denham Court (19,365.40); Materials -**
**Alvarado (2,895.55); Materials - Finney Residence  (56,910.40)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$419.47** |
|------|------|------|------|

**Control Fire Inc.**
**50 Woodside Plaza, #214**
**Redwood City, CA 94061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/23/2017; 9/27/2017**

Last 4 digits of account number ___

Basis for the claim:  **Services - Alvarado (136.70); Services - Finney**
**Residence (282.77)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,336.72** |
|------|------|------|------|

**Cornely Company**
**174 Shotwell Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/23/2018**

Last 4 digits of account number ___

Basis for the claim:  **Services - Jackson Remodel**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43.79** |
|------|------|------|------|

**Corodata Inc.**
**P.O. Box 842638**
**Los Angeles, CA 90084-2638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/31/2018**

Last 4 digits of account number ___

Basis for the claim:  **Record Storage Rental**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$64,040.55** |
|------|------|------|------|

**Crana Windows and Doors**
**DBA Kevin McLaughlin Custom Windows**
**and**
**Doors**
**1631 Yosemite Avenue**
**San Francisco, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/27/2017; 4/12/2018**

Last 4 digits of account number ___

Basis for the claim:  **Materials - Jackson Remodel (1,040.55); Materials -**
**Goldstein Residence (63,000)**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 18-30864    Doc# 37    Filed: 10/15/18    Entered: 10/15/18 16:59:46    Page 12 of
44

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,110.00 |
|---|---|---|---|

**Creative Tile & Marble Inc.**
**Attn: Adam Kudlicki**
**730 Tanglewood Lane**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/23/2018

Basis for the claim:  **Materials/Services - Goldstein Residence**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163.94 |
|---|---|---|---|

**Curtis & Sons Door**
**1314 Holm Road**
**Petaluma, CA 94954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/10/2018

Basis for the claim:  **Materials/Services - Goldstein Residence**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94.31 |
|---|---|---|---|

**Discount Builders**
**1695 Mission Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/14/2018

Basis for the claim:  **Materials - Meilahti, LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $351.00 |
|---|---|---|---|

**DMV Renewal**
**P.O. Box 942894**
**Sacramento, CA 94297-0894**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/31/2018

Basis for the claim:  **Vehicle Registration for (2) 2007 Toyotas**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,150.00 |
|---|---|---|---|

**Earl Adams Tile-Coping Plaster**
**dba: Adams Pool Solutions**
**3675 Old Santa Rita Road**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/18/2018

Basis for the claim:  **Materials/Services - Denham Court (Landscape)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272,985.00 |
|---|---|---|---|

**Edward and Dina Jackson**
**20 Denham Court**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number  0526;0537

Basis for the claim:  **Project: Jackson Residence (20 Denham Court, Hillsborough, CA 94010). Denham Court (15-0526): $94,927 and Denham Landscape (16-0537): $178,058.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,857.90 |
|---|---|---|---|

**Emerald Steel Inc.**
**727 66th Avenue**
**Oakland, CA 94621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/15/2017; 6/14/2017; 12/4/2017

Basis for the claim:  **Materials - Denham Court (542.50); Materials - Alvarado (653.40); Materials - Finney Residence (662.00)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,865.58 |
| --- | --- | --- | --- |

**Farallon Co.**
P.O. Box 848
Novato, CA 94948

Date(s) debt was incurred  4/27/2017; 1/14/2018

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Engineering/Contracting Services - Denham Court (15,580.68); Engineering/Contracting Services -Denham Court (Landscape) (3,284.90)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,505.50 |
| --- | --- | --- | --- |

**Farella, Braun & Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

Date(s) debt was incurred  6/25/2018

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal Fees

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118,594.74 |
| --- | --- | --- | --- |

**Flow Master Plumbing Inc.**
6169 Mission Street
Daly City, CA 94014

Date(s) debt was
incurred  5/2/2018; 7/4/2018; 7/15/2018

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services - Alvarado (33,869.24); Services - Finney Residence (46,965.50); Services - Buckingham Way Project (37,760.00)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,498.00 |
| --- | --- | --- | --- |

**Galvaknight Sheet Metal Inc.**
P.O. Box 4408
Petaluma, CA 94955-4408

Date(s) debt was incurred  6/2/2018; 6/29/2018; 6/29/2018; 6/29/2018; 6/2/2018

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Materials - Denham Court (8,746.00); Materials - Jackson Remodel (3,750.80); Materials - Finney Residence (4,960.00); Materials - Goldstein Residence (3,172.00); Materials - Buckingham Way Project (870.00)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,612.23 |
| --- | --- | --- | --- |

**George and Lindsay Bolton**
2440 Pacific Avenue
San Francisco, CA 94115

Date(s) debt was incurred  June 15, 2018

Last 4 digits of account number  4739

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Project: Bolton 2012 Work (2440 Pacific Avenue, San Francisco, CA 94115)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,196.05 |
| --- | --- | --- | --- |

**Golden State Lumber, Inc.**
1100 Anderson Drive
P.O. Box 3239
San Rafael, CA 94912-3239

Date(s) debt was incurred  5/23/2018; 6/18/2018; 5/23/2018; 6/15/2018; 6/20/2018; 6/18/2018; 6/18/2018

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Materials - Misc. (162.35); Materials - Denham Court (Landscape) (504.79); Materials - Jackson (76.33); Materials - Finney (9,134.00); Materials - Goldstein (1,529.28); Materials-Buckingham Project (3,560.61); Materials -Bolton Leak (228.69)

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,521.34** |
|---|---|---|---|

**Golden State Stucco**
**1153 Sherry Way**
**Livermore, CA 94550**

Date(s) debt was incurred **12/18/2017**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Materials - Denham Court**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |
|---|---|---|---|

**Gomez Landscaping Inc.**
**P.O. Box 3501**
**Redwood City, CA 94063**

Date(s) debt was incurred **6/4/2018**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services - Denham Court (Landscape)**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Goodman Building Supply**
**775 Redwood Highway**
**Mill Valley, CA 94941**

Date(s) debt was incurred **_**

Last 4 digits of account number **2024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For Notice Purpose Only.**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15.18** |
|---|---|---|---|

**HD White Cap Construction Supply**
**P.O. Box 6040**
**Cypress, CA 90630-0040**

Date(s) debt was incurred **6/28/2018**

Last 4 digits of account number **0065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Materials - Finney Residence**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47.95** |
|---|---|---|---|

**Hewlett-Packard Financial Services**
**200 Connell Drive, Suite 5000**
**Berkeley Heights, NJ 07922**

Date(s) debt was incurred **6/7/2018**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **HP Printer Rental**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,085.37** |
|---|---|---|---|

**Home Depot Credit Services**
**P.O. Box 9001010**
**Louisville, KY 40290-1010**

Date(s) debt was incurred **6/27/2018**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Misc. Materials (2,085.37)**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,052.52** |
|---|---|---|---|

**IK Design Inc.**
**21 Duffy Place**
**San Rafael, CA 94901**

Date(s) debt was incurred **9/25/2017; 5/25/2018**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Architectural Woodwork - Denham Court (9,229.92); Services - Goldstein Residence (30,822.60)**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,932.88 |
|---|---|---|---|

**IPFS Corporation**
**P.O. Box 100391**
**Pasadena, CA 91189-0391**

Date(s) debt was incurred  **6/1/2018**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance Installment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**J.W. Enterprises**
**3145 Geary Boulevard**
**San Francisco, CA 94118**

Date(s) debt was incurred  **6/7/2018**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services - Jackson Remodel (-75.67)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $421.11 |
|---|---|---|---|

**Jackson's Hardware**
**P.O. Box 10247**
**San Rafael, CA 94912-0247**

Date(s) debt was incurred  **6/10/2018; 7/10/2018; 7/10/2018**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials Misc. (362.40); Materials - Goldstein Residence (13.05); Materials - Bolton Leak (45.66)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,520.00 |
|---|---|---|---|

**James Quinn**
**DBA Quinn Plastering**
**1615 44th Avenue**
**San Francisco, CA 94122**

Date(s) debt was incurred  **6/28/2018; 4/26/2018**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services - Jackson Remodel (5,820.00); Services - Goldstein Residence (2,700.00)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,026.67 |
|---|---|---|---|

**JAMS, INC.**
**P.O. Box 845402**
**Los Angeles, CA 90084**

Date(s) debt was incurred  **6/30/2018**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140,753.00 |
|---|---|---|---|

**Joanne and Jon Goldstein**
**872 Culebra Road**
**Burlingame, CA 94010**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **0547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Project: Goldstein Residence (872 Culebra Road, Hillsborough, CA 94010)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $327,619.00 |
|---|---|---|---|

**Jonathan Kaplan and Marci Kaplan-Glazer**
**3806 22nd Street**
**San Francisco, CA 94114**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **0536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Project: Alvarado (655 Alvarado St., San Francisco, CA 94114)**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-30864   Doc# 37   Filed: 10/15/18   Entered: 10/15/18 16:59:46   Page 16 of 44

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,325,611.95 |
|------|--------------------------------------------------|---------------------------------------------------------------------|----------------|

**3.55** Nonpriority creditor's name and mailing address

**Judith Thompson and Cynthia Brooks**
**350 Bay Street, Suite 100**
**P.O. Box 172**
**San Francisco, CA 94133**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.    **$1,325,611.95**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan from Judith Thompson and Cynthia Brooks to pay 2 Presidio Sec LOCs($120,000.00)&($750,000). Various loans to Thompson Brooks, Inc. from Judith with interest ($313,595.95). Various loans to Thompson Brooks, Inc. from Cynthia ($142,016).**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.56** Nonpriority creditor's name and mailing address

**Kaiser Foundation Health Plan, Inc.**
**393 E. Walnut Street**
**Pasadena, CA 91188-8514**

Date(s) debt was incurred  **6/25/2018**

Last 4 digits of account number  **5915**

As of the petition filing date, the claim is: Check all that apply.    **$8,872.48**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Premium**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.57** Nonpriority creditor's name and mailing address

**Laura Yockey**
**3476 Jackson Street**
**San Francisco, CA 94118**

Date(s) debt was incurred  _

Last 4 digits of account number  **0543**

As of the petition filing date, the claim is: Check all that apply.    **$80,535.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Project: Jackson (3476 Jackson Street, San Francisco, CA 94118)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address

**Lexus Financial Services**
**P. O. Box 5855**
**Carol Stream, IL 60197-5855**

Date(s) debt was incurred  _

Last 4 digits of account number  **4423**

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purpose Only.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

**Liberty Mutual Insurance**
**P.O. Box 85834**
**San Diego, CA 92186-5834**

Date(s) debt was incurred  **6/3/2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.    **$998.19**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance Premium**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

**LMI.NET**
**1700 Martin Luther King Jr Way**
**Berkeley, CA 94709**

Date(s) debt was incurred  **6/30/2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.    **$150.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Technical Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address

**Lowpensky Moulding**
**900 Palou Avenue**
**San Francisco, CA 94124**

Date(s) debt was incurred  **7/8/2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.    **$4,654.89**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services - Meilahti, LLC**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,100.00 |
|---|---|---|---|

**M.A.C. Construction Inc.**
**DBA Division Seven**
**22 Lakeville Street**
**Petaluma, CA 94952-3125**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **6/25/2018**

Basis for the claim:  **Services - Jackson Remodel**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,863.70 |
|---|---|---|---|

**Mark W. Schulkamp Electric Co.**
**P.O. Box 2308**
**Daly City, CA 94017**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **5/25/2018; 1/15/2017**

Basis for the claim:  **Electrical Equipment - Misc ($24,317.00)**
**Electrical Equipment - Dobos Condo ($6,546.70)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,532.86 |
|---|---|---|---|

**Marshall Foster Masonry**
**14 Commercial Boulevard, #111B**
**Novato, CA 94949**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **6/8/2018**

Basis for the claim:  **Masonry Services - Jackson Remodel**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $369,291.00 |
|---|---|---|---|

**Meilahti, LLC**
**Attn: Marissa Mayer**
**551 Addison Street**
**Palo Alto, CA 94301**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Project: Meilahti, LLC (765 Market Street, Units PH1E**
**& PH1F, San Francisco, CA 94103)**

Last 4 digits of account number  **0534**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $415.08 |
|---|---|---|---|

**Mobile Modular**
**P.O. Box 45043**
**San Francisco, CA 94145-5043**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **6/9/2018**

Basis for the claim:  **Services - Finney Residence**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,145.80 |
|---|---|---|---|

**Mueller Plumbing Inc.**
**P.O. Box 2G**
**San Jose, CA 95109**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **4/15/2018**

Basis for the claim:  **Services - Goldstein Residence**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.75 |
|---|---|---|---|

**Navia Benefit Solutions**
**P.O. Box 35193**
**Seattle, WA 98124-5193**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **6/30/2018**

Basis for the claim:  **HRA Participant Fee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-30864    Doc# 37    Filed: 10/15/18    Entered: 10/15/18 16:59:46    Page 18 of
44

| 3.69 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$11,203.40** |
| New Marble Company, Inc.<br>1690 Jerrold Avenue<br>San Francisco, CA 94124 | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  5/25/2018; 7/5/2018;<br>6/30/2018 | | Basis for the claim:  **Supplies - Misc (3,287.00); Materials - Denham Court (Landscape) (3,111); Materials - Jackson Remodel (4,805.40)** | |
| Last 4 digits of account number  _ _ | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.70 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$318.00** |
| Nichols Diamond Tool Inc.<br>2625 Fair Oaks Avenue<br>Redwood City, CA 94063 | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  3/28/2018 | | Basis for the claim:  **Services - Meilahti, LLC** | |
| Last 4 digits of account number  _ _ | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.71 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$67,390.87** |
| Nigel Mulgrew Plumbing Inc.<br>1119 Palmetio Avenue<br>Pacifica, CA 94044 | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  4/2/2018 | | Basis for the claim:  **Services - Meilahti, LLC** | |
| Last 4 digits of account number  _ _ | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.72 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$616.24** |
| Pacific Gas & Electric<br>Payment Processing Center<br>P.O. Box 997300<br>Sacramento, CA 95899-7300 | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  6/8/2018; 6/29/2018 | | Basis for the claim:  **Electricity- Misc (424.30); Services - Finney Residence (191.94)** | |
| Last 4 digits of account number  _ _ | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.73 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$87,511.93** |
| Param Electric Inc.<br>Attn: Easvan Param<br>1966 Tice Valley Boulevard<br>Walnut Creek, CA 94595 | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  6/12/2018; 3/15/2018;<br>1/3/2017; 4/15/2018 | | Basis for the claim:  **Materials/Services - Meilahti, LLC (82,594.53); Materials/Services - Alvarado (523.76); Materials/Services - Denham Court (Landscape (1,875.86); Materials/Services - Goldstein Residence (2,517.78)** | |
| Last 4 digits of account number  _ _ | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.74 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$41,100.00** |
| People Ready Inc.<br>P.O. Box 31001-0257<br>Pasadena, CA 91110-0257 | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  4/2018 - 6/2018 | | Basis for the claim:  **Labor - Finney Residence  - Mechanic's Lien dated(Doc. No. 2018-054187 CONF)** | |
| Last 4 digits of account number  _ _ | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.75 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: Check all that apply. | **$272.07** |
| Rafael Lumber<br>930 Anderson Drive<br>San Rafael, CA 94901 | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  6/15/2018 | | Basis for the claim:  **Materials - Denham Court (Landscape)** | |
| Last 4 digits of account number  _ _ | | Is the claim subject to offset? ■ No  ☐ Yes | |

Case: 18-30864    Doc# 37    Filed: 10/15/18    Entered: 10/15/18 16:59:46    Page 19 of
44

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,585.37 |

**Redwood Debris Box Service**
350 Lang Road
Burlingame, CA 94010

Date(s) debt was incurred **6/7/2018; 6/22/2018; 6/22/2018; 6/22/2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services - Denham Court (Landscape) (645.00); Services - Finney Residence (1,791.67); Services - Goldstein Residence (490.00); Services - Buckingham Way Project (658.70)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,498.00 |

**Republic Indemnity of California**
P.O. Box 51060
Los Angeles, CA 90051-5360

Date(s) debt was incurred **March 2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Workers Comp**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $410,862.00 |

**Robert and Elisha Finney**
5 Rockridge Road
Burlingame, CA 94010

Date(s) debt was incurred _

Last 4 digits of account number **0545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Project: Finney Residence (5 Rockridge Road, Hillsborough, CA 94010)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,020.00 |

**Rubens Partners LLP**
3675 M. Diablo Boulevard, Suite200
Lafayette, CA 94549

Date(s) debt was incurred **6/13/2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178,851.00 |

**Salma Salimi and Kiumarse Zamanian**
1435 Buckingham Way
Burlingame, CA 94010

Date(s) debt was incurred _

Last 4 digits of account number **0549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Project: Buckingham (1435 Buckingham Way, Hillsborough, CA 94010)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,808.50 |

**Schmitt Heating Co. Inc.**
1580 Tennessee Street
Lafayette, CA 94549

Date(s) debt was incurred **1/5/2018; 4/30/2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Heating and Air Conditioning Contractor Services-Denham Court (3,808.50); Services - Finney Residence (15,000)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,722.57 |

**Sean Burns**
DBA B&D Excavation/Construction
138 Del Oro Lagoon
Novato, CA 94949

Date(s) debt was incurred **5/5/2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services - Buckingham Way Project**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 18-30864   Doc# 37   Filed: 10/15/18   Entered: 10/15/18 16:59:46   Page 20 of 44

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.00 |
|---|---|---|---|

**SFMTA**
**Citation Processing**
P.O. Box 7718
San Francisco, CA 94120-7718

Date(s) debt was incurred __6/27/2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Parking ticket__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.47 |
|---|---|---|---|

**Shamrock Materials Inc.**
P.O. Box 808044
Petaluma, CA 94975

Date(s) debt was incurred __6/28/2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Materials - Denham Court (Landscape)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $257.19 |
|---|---|---|---|

**Sharp Business Systems Corp.**

Date(s) debt was incurred __6/29/2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Misc. Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,731.78 |
|---|---|---|---|

**Soares Masonry Inc.**
P.O. Box 4352
Mountain View, CA 94040

Date(s) debt was incurred __1/16/2018; 4/30/2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Materials - Denham Court (11,132.91); Materials - Denham Court (Landscape) (13,598.87)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,605.86 |
|---|---|---|---|

**Solher Iron Inc.**
1555 Galvez Avenue, Suite 400
San Francisco, CA 94124

Date(s) debt was incurred __6/10/2018; 6/18/2018; 5/30/2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services - Denham Court (Landscape) (425.41); Services - Jackson Remodel (1,723.43); Services - Buckingham Way Project (5,457.02)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**State Disbursement Unit**
P.O. Box 989067
West Sacramento, CA 95798-9067

Date(s) debt was incurred __5/28/2018; 6/11/2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Garnishment - Mayolo__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138.88 |
|---|---|---|---|

**Synergy Reprographics LLC**
850 Montgomery Street, Suite 155
San Francisco, CA 94133

Date(s) debt was incurred __6/22/2018; 6/22/2018; 6/28/2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services - Finney Residence (33.70); Services - Buckingham Way Project (67.40); Services - Prospective Job Costs (37.78)__

Is the claim subject to offset? ■ No ☐ Yes

Case: 18-30864   Doc# 37   Filed: 10/15/18   Entered: 10/15/18 16:59:46   Page 21 of 44

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,547.00** |
|---|---|---|---|

**Ted and Stacey Dobos**
**10 Stacey Court**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  0529**

Basis for the claim:  **Project: Dobos Condo (1250 Jones Street, #802, San Francisco, CA 94109)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,439.60** |
|---|---|---|---|

**Testing Engineers, Inc.**
**2811 Teagarden Street**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/17/2018; 5/25/2018**

Last 4 digits of account number _

Basis for the claim:  **Services - Alvarado (2,289.60); Services - Buckingham Way Project (150.00)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,286.40** |
|---|---|---|---|

**The Lori Katz Group, Inc.**
**375 Alabama Street, #222**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/8/2018; 6/30/2018**

Last 4 digits of account number _

Basis for the claim:  **Services - Jackson Remodel (4,022.10); Services - Finney Residence (55,264.30)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Toyota Financial Services**
**P.O. Box 8026**
**Cedar Rapids, IA 52409-8026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  4922**

Basis for the claim:  **For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Toyota Financial Services**
**P.O. Box 8026**
**Cedar Rapids, IA 52409-8026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  6166**

Basis for the claim:  **For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Toyota Financial Services**
**P.O. Box 8026**
**Cedar Rapids, IA 52409-8026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  3523**

Basis for the claim:  **For Notice Purpose Only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,127.91** |
|---|---|---|---|

**TPX Communications**
**P.O. Box 509013**
**San Diego, CA 92150-9013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/30/2018**

Last 4 digits of account number _

Basis for the claim:  **Telephone Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $142.11 |

**U-Haul**
**2727 N Central Avenue**
**Phoenix, AZ 85004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/15/2018**

Basis for the claim:  **Moving Truck**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,020.31 |

**United Site Services Inc.**
**P.O. Box 53267**
**Phoenix, AZ 85072-3267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/30/2018; 6/19/2018**

Basis for the claim:  **Materials - Alvarado (940.10); Materials - Finney Residence (80.21)**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $352.28 |

**US Bank Equipment Finance**
**P.O. Box 790448**
**Saint Louis, MO 63179-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/25/2018**

Basis for the claim:  **Sharp Copier Lease**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,115.50 |

**V's Demolition Inc.**
**P.O. Box 1199**
**Santa Cruz, CA 95061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/26/2017**

Basis for the claim:  **Materials/Services - Alvarado**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $491.38 |

**Verizon Wireless**
**P.O. Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/29/2018**

Basis for the claim:  **Office Mobile Phone**

Last 4 digits of account number **0001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Wachovia Dealer Services**
**P.O. Box 25341**
**Santa Ana, CA 92799-5341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For Notice Purpose Only.**

Last 4 digits of account number **5010**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,524.00 |

**Western States Fire Protection**
**4740 Northgate Boulevard, Suite 150**
**Sacramento, CA 95834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/14/2018; 6/10/2018**

Basis for the claim:  **Services - Meilahti, LLC (52,508.00); Services - Goldstein Residence (3,016.00)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.18 |
|-------|------------------------------------------------|---------------------------------------------------------------------|--------|

**White Cap Construction Supply**
**200 Jennings Street**
**San Francisco, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __6/28/2018__

**Basis for the claim:** __Materials - Finney Residence__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|--------------------------|--------------------------------------------------------------------------|------------------------------------------|
| 4.1 | **Crana Windows & Doors**<br>**DBA Kevin McLaughlin Custom Windows and**<br>**Doors**<br>**1030 Quesada Avenue**<br>**San Francisco, CA 94121** | Line __3.27__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **HD Supply White Cap**<br>**200 Jennings Street**<br>**San Francisco, CA 94124** | Line __3.44__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **IK Design Inc.**<br>**c/o Russ Leibson, Esq.**<br>**1 Market Steuart Tower, #1600**<br>**San Francisco, CA 94105-1016** | Line __3.47__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Law Offices of Janet Brayer**<br>**Attn: Janet Brayer**<br>**456 Montgomery Street, Floor 20**<br>**San Francisco, CA 94104-1253** | Line __3.27__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Toyota Financial Services**<br>**Asset Protection Department**<br>**P.O. Box 2958**<br>**Torrance, CA 90509-2958** | Line __3.93__<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|------------------------|
| 5a. Total claims from Part 1 | 5a. | $ | 569,005.31 |
| 5b. Total claims from Part 2 | 5b. + | $ | 4,839,055.38 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,408,060.69 |

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Agreement for Space 9 at 151 Vermont Street, San Francisco, CA, made effective August 16, 2012 originally by and between Barett E. and Susan A. Scherman Family Trust and Thompson Brooks, Inc., a California Corporation for a 5-year and 2 month term September 1, 2012, terminating on October 31, 2017. Dan Lai purchased the proprerty and took over the aforesaid lease.** | |
| State the term remaining | **0** | |
| List the contract number of any government contract | | **Dan Lai P.O. Box 31086 San Francisco, CA 94131** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Contract for Project: Jackson Residence (20 Denham Court, Hillsborough, CA 94010) between Edward and Dina Jackson and Thompson Brooks, Inc., executed 2/3/2016.** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Edward and Dina Jackson 20 Denham Court Burlingame, CA 94010** |

Case: 18-30864     Doc# 37     Filed: 10/15/18     Entered: 10/15/18 16:59:46     Page 25 of 44



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Contract for Project: Bolton Leak (2440 Pacific Avenue, San Francisco, CA 94115) between George and Lindsay Bolton and Thompson Brooks, Inc.** | |
| State the term remaining | |
| List the contract number of any government contract | **George and Lindsay Bolton 2440 Pacific Avenue San Francisco, CA 94115** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Contract for Project: Goldstein Residence (872 Culebra Road, Hillsborough, CA 94010) between Joanne and Jon Goldstein and Thompson Brooks, Inc., executed 8/10/2017.** | |
| State the term remaining | |
| List the contract number of any government contract | **Joanne and Jon Goldstein 872 Culebra Road Burlingame, CA 94010** |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Contract for Project: Alvarado (655 Alvarado St., San Francisco, CA 94114) between Jonathan Kaplan and Marci Kaplan-Glazer and Thompson Brooks, Inc., executed 12/6/2016.** | |
| State the term remaining | |
| List the contract number of any government contract | **Jonathan Kaplan and Marci Kaplan-Glazer 3806 22nd Street San Francisco, CA 94114** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Contract for Project: Jackson (3476 Jackson Street, San Francisco, CA 94118) between Laura Yockey and Thompson Brooks, Inc.** | |
| State the term remaining | |
| List the contract number of any government contract | **Laura Yockey 3476 Jackson Street San Francisco, CA 94118** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.7. State what the contract or lease is for and the nature of the debtor's interest | **Contract for Project: Meilahti, LLC (765 Market Street, Units PH1E & PH1F, San Francisco, CA 94103) between Meilahti, LLC and Thompson Brooks, Inc.** |
| State the term remaining | |
| List the contract number of any government contract | **Meilahti, LLC**<br>**765 Market Street, Unites PH1E & PH1F**<br>**San Francisco, CA 94103** |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Agreement for garage of 1,208 square feet located at 375 Rhode Island Street, San Francisco, CA, made effective February 1, 2013 by and between Open Library of San Francisco, LLC and Thompson Brooks, Inc., a California Corporation for a month to month lease beginning on February 1, 2013.** |
| State the term remaining | **0**     **Open Library of San Francisco, LLC**<br>**Attn: Brewster Kahle, Agent** |
| List the contract number of any government contract | **513B Simonds Loop**<br>**San Francisco, CA 94129** |
| 2.9. State what the contract or lease is for and the nature of the debtor's interest | **Contract for Project: Finney Residence (5 Rockridge Road, Hillsborough, CA 94010) between Robert and Elisha Finney and Thompson Brooks, Inc., executed 6/10/2017.** |
| State the term remaining | |
| List the contract number of any government contract | **Robert and Elisha Finney**<br>**4 Rockridge Road**<br>**Burlingame, CA 94010** |

Case: 18-30864    Doc# 37    Filed: 10/15/18    Entered: 10/15/18 16:59:46    Page 27 of 44

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Project: Buckingham (1435 Buckingham Way, Hillsborough, CA 94010) between Salma Salimi and Kiumarse Zamanian and Thompson Brooks, Inc., executed 1/4/2018.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Salma Salimi and Kiumarse Zamanian<br>1435 Buckingham Way<br>Burlingame, CA 94010 |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Project: Dobos Condo (1250 Jones Street, #802, San Francisco, CA 94109) between Ted and Stacey Dobos and Thompson Brooks, Inc.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Ted and Stacey Dobos<br>10 Stacey Court<br>Burlingame, CA 94010 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 18-30864    Doc# 37    Filed: 10/15/18    Entered: 10/15/18 16:59:46    Page 28 of 44

Debtor name  **Thompson Brooks, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  **18-30864**

■ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other | **$2,917,452.00** |
   | **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$7,637,864.00** |
   | **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$5,908,833.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   | --- | --- | --- | --- |

Case: 18-30864    Doc# 37    Filed: 10/15/18    Entered: 10/15/18 16:59:46    Page 29 of 44

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Added Dimensions**<br>**981 Folsom Street**<br>**San Francisco, CA 94107** | **$8,631.00**<br>**(3/6/2018);**<br>**$9,450.00**<br>**(4/2/2018)** | **$18,081.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Anthem Blue Cross**<br>**P.O. Box 51011**<br>**Los Angeles, CA 90051-5311** | **4/1/2018** | **$6,449.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | **Sean Burns**<br>**DBA B&D Excavation/Construction**<br>**138 Del Oro Lagoon**<br>**Novato, CA 94949** | **$10,000.00**<br>**(5/25/2018);**<br>**$9,491.26**<br>**(5/31/2018)** | **$19,491.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Beach & O'Neill Insurance Inc.**<br>**7520 Greenback Lane**<br>**Citrus Heights, CA 95610** | **4/3/2018** | **$19,097.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. | **Carrera Millwork, Inc.**<br>**Attn: Latisha and Steve**<br>**1745 Grant Street, #2**<br>**Santa Clara, CA 95050** | **$15,128.39**<br>**(3/15/2018);**<br>**$8,087.80**<br>**(3/16/2018)** | **$23,216.19** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **California Shower Door Corp.**<br>**1795 Yosemite Avenue**<br>**San Francisco, CA 94124** | **3/5/2018** | **$8,928.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.7.   **Chase Card Services**<br>**Card Services**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | **$57,413.77 (3/16/18); $25,394.12 (3/24/18); $95,016.02 (4/20/18); $20,000.00 (4/9/18); $24,714.38 (4/24/18); $15,000.00 (5/18/18); $30,000.00 (4/26/18); $11,345.66 (5/24/18); $37,418.77 (5/25/18); $31,829.00 (6/30/18); $20,436.82 (6/30/18); $12,425.98 (6/1/18)** | **$380,994.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8.   **Cornely Company**<br>**174 Shotwell Street**<br>**San Francisco, CA 94103** | **3/22/2018** | **$27,450.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9.   **Daniel F. Lai**<br>**359 Erica Drive**<br>**South San Francisco, CA 94080** | **$10,906.00 (3/1/18); $10,906.00 (4/2/18); $10,906.00 (5/1/18)** | **$32,718.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10.   **Flow Master Plumbing Inc.**<br>**6169 Mission Street**<br>**Daly City, CA 94014** | **5/7/2018** | **$14,400.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11.   **Heather & French Painting Inc.**<br>**51 Dorman Avenue**<br>**San Francisco, CA 94124** | **3/6/2018** | **$16,650.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Case: 18-30864    Doc# 37    Filed: 10/15/18    Entered: 10/15/18 16:59:46    Page 31 of 44

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.12 **IK Design Inc.**<br>21 Duffy Place<br>San Rafael, CA 94901 | $21,110.00<br>(3/6/18);<br>$8,142.30<br>(4/11/18) | $29,252.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13 **Kaiser Foundation Health Plan**<br>393 E. Walnut Street<br>Pasadena, CA 91188-8514 | $7,799.00<br>(3/15/18);<br>$10,013.44<br>(5/14/18) | $17,812.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14 **Crana Windows & Doors**<br>**DBA Kevin McLaughlin Custom**<br>**Windows**<br>**and Doors**<br>1631 Yosemite Avenue<br>San Francisco, CA 94124 | 5/14/2018 | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15 **The Lori Katz Group, Inc.**<br>375 Alabama Street, #222<br>San Francisco, CA 94110 | $18,551.70<br>(3/12/18);<br>$7,302.60<br>(3/22/18) | $25,854.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16 **Marshall Foster Masonry**<br>14 Commercial Boulevard, #111B<br>Novato, CA 94949 | $6,370.24<br>(4/12/18);<br>$9,000.00<br>(5/10/18) | $15,370.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17 **Mueller Plumbing Inc.**<br>P.O. Box 2G<br>San Jose, CA 95109 | 3/27/2018 | $8,795.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18 **New Marble Company, Inc.**<br>1690 Jerrold Avenue<br>San Francisco, CA 94124 | 5/7/2018 | $11,426.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19 **Nigel Mulgrew Plumbing Inc.**<br>1119 Palmetio Avenue<br>Pacifica, CA 94044 | 5/23/2018 | $16,109.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.20. **Pacific Gas & Electric** **Payment Processing Center** **P.O. Box 997300** **Sacramento, CA 95899-7300** | 4/30/2018 | $8,706.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.21. **Param Electric Inc.** **Attn: Easvan Param** **1966 Tice Valley Boulevard** **Walnut Creek, CA 94595** | $16,882.74 (3/6/2018); $13,512.42 (4/2/2018); $8,655.79 (5/1/2018) | $39,050.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. **San Francisco Planning Department** **1650 Mission Street, #400,** **San Francisco, CA 94103** | 4/30/2018 | $6,475.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. **San Francisco Tax Collector** **1 Dr. Carlton B Goodlett Place, # 140** **San Francisco, CA 94102** | 3/3/2018 | $9,868.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.24. **Barcewski Inc.** **DBA Sunshine Construction** **4340 Redwood Hwy, Suite B50** **San Rafael, CA 94903** | $18,891.90 (3/12/18); $28,444.50 (3/6/18); 33,813.00 (3/15/18); $20,082.60 (4/12/18) | $101,232.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25. **Bay Area Deconstruction Inc.** **DBA Thor Demolition** **2240 Revere Avenue** **San Francisco, CA 94124** | 4/2/2018 | $14,017.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. **Golden State Lumber** **1100 Anderson Dr.** **San Rafael, CA 94901** | 6/26/2018 ($13,634.51); 6/27/2018 ($2,203.88) | $15,838.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Judith Thompson** **350 Bay Street, Suite 100** **P.O. Box 172** **San Francisco, CA 94133** **Chief Executive Officer of Thompson Brooks, Inc.** | **$5,000.00 (6/30/17); $5,362.02 (6/30/17); $5,000.00 (7/31/17); $5,000.00 (9/30/17); $4,875.45 (9/30/17); $3,674.88 (9/30/17); $5,000.00 (12/4/17); $1,304.64 (12/11/17); $5,000.00 (2/04/18); $5,000.00 (3/18/18); $5,000.00 (4/10/18)** | **$30,216.99** | **Loan repayments reducing amounts owed to Judith Thompson by Thompson Brooks, Inc.** |
| 4.2. **Cynthia Brooks** **350 Bay Street, Suite 100** **P.O. Box 172** **San Francisco, CA 94133** **Spouse of Judith Thompson** | **$5,895.79 (3/31/17); $6,264.63 (6/30/17); $6,333.48 (9/30/17)** | **$18,493.90** | **Loan repayments reducing amounts owed to Cynthia Brooks by Thompson Brooks, Inc.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Case: 18-30864    Doc# 37    Filed: 10/15/18    Entered: 10/15/18 16:59:46    Page 34 of 44

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Crana Windows & Doors v. Thompson Brooks, Inc.**<br>CGC-18-568291 | **Breach of Contract and Related Torts** | **Superior Court of California County of San Francisco 400 McAllister Street San Francisco, CA 94102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Oak Grove Construction Co., Inc. a California corporation v. First Republic Bank, a Corporation; Thompson Brooks, Inc., a Corporation; Stuart L. Peterson, Gina R. Peterson, et al.**<br>CIV 1502956 | **Complaint for Damages, Money Due, and to Recover on Bonded Stop Notice, and for Failure to Make Prompt Payment** | **Superior Court of California County of Marin County 3501 Civic Center Drive San Rafael, CA 94903** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **First Mercury Insurance Company v. Kinsale Insurance Company**<br>3:18-CV-00071-SI | **Declaratory Relief re Insurance Coverage** | **U.S. District Court, N.D. of California Phillip Burton Federal Building & United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Thompson Brooks, Inc. v. Klein Plastering**<br>CPF18516214 | **Confirmation of Arbitration Award** | **Superior Court of California County of San Francisco 400 McAllister Street San Francisco, CA 94102** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **Stuart L. Peterson, Individually and as Trustee of the Stuart L. Peterson and Gina R. Peterson 2002 Revocable Trust and Gina R. Peterson, Individually and as Trustee of the Stuart L. Peterson and Gina R. Peterson 2002 Revocable Trust v. Thompson Brooks, Inc., a California Corporation**<br>CIV 1603267 | **Complaint for Breach of Contract, Accounting, Breach of Implied Warranty, Breach of Fiduciary Duty, Negligence, Fraud, Negligent Misrepresentation, Unfair Business Practices, Conversion, Constructive Trust, Unjust Enrichment** | **Superior Court of California County of Marin 3501 Civic Center Drive San Rafael, CA 94903** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Alex Slusky et al. vs. Thompson Brook, Inc.**<br>CPF18516197 | **Petition to Confirm Arbitration Award** | **Superior Court of California County of San Francisco 400 McAllister Street San Francisco, CA 94102** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.7. **Tokio Marine Specialty Insurance Company, a Delaware corporation v. Thompson Brooks, Inc., a California corporation; Stuart L. Peterson, an individual; and Gina R. Peterson, an individual.**<br>**17-CV-00514-WHO** | **Complaint for Declaratory Judgment; Demand for Jury Trial** | **U.S. District Court, N.D. of California**<br>**Phillip Burton Federal Building**<br>**& United States Courthouse**<br>**450 Golden Gate Avenue**<br>**San Francisco, CA 94102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **$15,000 retainer paid on June 6, 2018, and applied in full as work performed. Fully applied pre-petition.** | |
| | **Macdonald Fernandez LLP 221 Sansome Street San Francisco, CA 94104** | **Compensation for legal services in wind up and dissolution.  Not for bankruptcy but disclosed here in an abundance of caution.** | | **$15,000.00** |
| | Email or website address **www.macfern.com** | | | |
| | Who made the payment, if not debtor? | | | |

| | | | | |
|---|---|---|---|---|
| 11.2. | **Macdonald Fernandez LLP 221 Sansome Street, Third Floor San Francisco, CA 94104-2323** | **Wire transfer** | **August 24, 2018** | **$15,000.00** |
| | Email or website address **www.macfern.com** | | | |
| | Who made the payment, if not debtor? **Brooks Thompson Living Trust UAD 12/07/10 JA Thompson** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Judith Thompson, Trustee of the Thompson Brooks, Inc. Liquidating Trust** | **All assets (except for automobiles) transferred to liquidating trust pre-petition. All assets liquidated at auction. Copies of liquidating trust agreement and transfer documents are attached. Net proceeds from Auction held July 24, 2018, of $6,242.20 have or will promptly be delivered to Chapter 7 Trustee.** | **July 5, 2018** | **$6,242.20** |
| | **Relationship to debtor** | | | |
| 13.2. | **Margarito Cruz 700 Circle Court South San Francisco, CA 94080** | **2007 Toyota Tacoma 4x2 (Vin No. 9928) Odometer Reading: 189,433** | **6/28/2018** | **$6,000.00** |
| | **Relationship to debtor Former Employee** | | | |
| 13.3. | **Mayolo Cruz 7 Orange Avenue South San Francisco, CA 94080** | **2007 Toyota (Vin No. 6276) Odometer Reading: 170,011** | **6/28/2018** | **$7,000.00** |
| | **Relationship to debtor Former Employee** | | | |
| 13.4. | **Used Car Club 7833 Sepulveda Blvd., Ste. D Van Nuys, CA 91405** | **2002 Lexus SC 430 (Vin No. 1801)** | **6/27/2018** | **$6,000.00** |
| | **Relationship to debtor N/A** | | | |
| 13.5. | **Used Car Club 7833 Sepulveda Blvd., Ste. D Van Nuys, CA 91405** | **2007 Chevrolet Silverado (Vin No. 5401)** | **6/27/2018** | **$6,000.00** |
| | **Relationship to debtor N/A** | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **151 Vermont Street, Space 9 San Francisco, CA 94103** | **September 1, 2012 - ,2018** |
| 14.2. | **375 Rhode Island Street San Francisco, CA 94103** | **February 1, 2013 - ,2018** |

Case: 18-30864    Doc# 37    Filed: 10/15/18    Entered: 10/15/18 16:59:46    Page 38 of 44

| Part 8: | Health Care Bankruptcies |
| --- | --- |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

| Part 9: | Personally Identifiable Information |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | **Presidio Bank<br>One Montgomery Street<br>San Francisco, CA 94104** | **XXXX-6581** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **8/1/2018** | **$80.53** |
| 18.2. | **Presidio Bank<br>One Montgomery Street<br>San Francisco, CA 94104** | **XXXX-6698** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **8/1/2018** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                  Best Case Bankruptcy

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                         Best Case Bankruptcy

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **Thompson Brooks, Inc.** | | **EIN:**  **94-3228664**<br><br>**From-To**  **July 17, 1995 - June 15, 2018** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Rubens Partners LLP**<br>**Attn: Lisa N. Martin, CPA**<br>**3675 Mt. Diablo Boulevard, Suite 200**<br>**Lafayette, CA 94549** | **Outside accountants as of July 2015. Prepared 2015, 2016 tax returns.** |
| 26a.2.  **Demos Pantelides**<br>**303 Castro Street**<br>**San Francisco, CA 94114** | **Employed as Controller at TBI from 5/5/2014 until 6/15/18.** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Rubens Partners LLP**<br>**Attn: Lisa N. Martin, CPA**<br>**3675 Mt. Diablo Boulevard, Suite 200**<br>**Lafayette, CA 94549** | **Outside accountants as of July 2015. Prepared 2015, 2016 tax returns.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Presidio Bank**<br>**Attn: Ladan Lari, Senior VP**<br>**1 Montgomery Street, Suite 2300**<br>**San Francisco, CA 94104** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Case: 18-30864    Doc# 37    Filed: 10/15/18    Entered: 10/15/18 16:59:46    Page 41 of 44

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Judith A. Thompson | 350 Bay Street, Suite 100<br>P.O. Box 172<br>San Francisco, CA 94133 | Chief Executive Officer | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Patrick C. Davis | 558 Acacia Avenue<br>San Bruno, CA 94066 | Executive Vice President and Stockholder | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Demos Pantelides<br>303 Castro Street<br>San Francisco, CA 94114 | $40,189.60 | January - May 2018 | Year to date gross employee earnings. |
| | **Relationship to debtor**<br>Controller | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Case: 18-30864    Doc# 37    Filed: 10/15/18    Entered: 10/15/18 16:59:46    Page 42 of 44

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 15, 2018**

**/s/ Judith A. Thompson**             **Judith A. Thompson**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Trustee of the Thompson Brooks, Inc.**
                                 **Liquidating Trust**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**United States Bankruptcy Court**
**Northern District of California**

In re   **Thompson Brooks, Inc.**                                       Case No.   **18-30864**

                                           Debtor(s)                     Chapter   **7**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Trustee of the Thompson Brooks, Inc. Liquidating Trust of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing , consisting of   **43**   page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October 15, 2018**                     Signature   **/s/ Judith A. Thompson**

                                                           **Judith A. Thompson**
                                                           **Trustee of the Thompson Brooks, Inc. Liquidating**
                                                           **Trust**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy